IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ALCON LABORATORIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ALLIED VISION GROUP, INC. and NATIONAL LENS LLC,**<br><br>Defendants. | No. 0:18-cv-61638-RKA<br><br>Hon. Judge Roy K. Altman<br><br>Magistrate Judge Patrick M. Hunt |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S LACK OF ENTITLEMENT TO TREBLED DAMAGES, HIGHER STATUTORY DAMAGES, AND ATTORNEY'S FEES UNDER 15 U.S.C. § 1117**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Allied Vision Group, Inc. ("AVG") and National Lens LLC ("NL") (collectively, "Defendants") respectfully move the Court for summary judgment on Plaintiff Alcon Laboratories, Inc.'s ("Alcon") claim for trebled damages, higher statutory damages, and attorneys' fees under 15 U.S.C. §1117, on Counts I and II of its Complaint [ECF No. 1], as follows:

(1) As to Alcon's **counterfeiting claim in Count I:**

  (i) Alcon is not entitled to its attorney's fees;

  (ii) Alcon is not entitled to trebling of disgorgement or actual damages, if it elects these damages;

  (iii) If Alcon instead elects statutory damages, it is at most entitled, upon a showing of liability, to the lesser range of statutory damages, without trebling; and

(2) As to Alcon's **trademark infringement claim** in Count II, Alcon is not entitled to attorney's fees or trebled damages.

Based upon the undisputed facts discussed in Defendants' Motion for Partial Summary Judgment and accompanying Memorandum in Support, as well as the evidence discussed in and submitted with Defendants' Statement of Material Facts, no genuine issues of material fact exist

25566870.1

as to Alcon's inability to prove willful and intentional counterfeiting and trademark infringement on Defendants' part under the Lanham Act.

A proposed Order and accompanying Memorandum in Support are attached to this Motion. Defendants are also filing a Statement of Material Facts, pursuant to Loc. R. 56.1, which is incorporated into this Motion.

Respectfully submitted,

/s/ *Mariam Zaki*
Leah H. Mayersohn, Esq.
Fla. Bar. No. 0009059
Mariam Zaki, Esq.
Fla. Bar. No. 18367
Mayersohn Law Group, P.A.
101 N.E. Third Avenue, Suite 1250
Fort Lauderdale, FL 33301
Phone: (954) 765-1900
Facsimile: (954) 713-0702
Email: service@mayersohnlaw.com
      lmayersohn@mayersohnlaw.com
      mzaki@mayersohnlaw.com

Jonathan G. Polak
Indiana Bar No. 21954-49*
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Phone: (317) 713-3500
Facsimile: (317) 713-3699
Email: jpolak@taftlaw.com

Philip R. Bautista
Ohio Bar No. 0073272*
Daniel H. Bryan
Ohio Bar No. 0095309*
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Phone: (216) 241-2838
Facsimile: (216) 241-3707
Email: pbautista@taftlaw.com
      dbryan@taftlaw.com

*Admitted pro hac vice

*Counsel for Defendants/Counterclaim-plaintiffs Allied Vision Group, Inc. and National Lens LLC*

3

25566870

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Partial Summary Judgment was served via e-mail and filed on CM/ECF on July 25, 2019, on all counsel or parties of record on the Service List below.

/s/ *Mariam Zaki*
Mariam Zaki, Esq.

## SERVICE LIST

Michael A. Pineiro, Esq.
Fla. Bar No. 041897
Daniel L. Rashbaum
Fla. Bar No. 75084
MARCUS NEIMAN & RASHBAUM LLP
2 S. Biscayne Blvd., Suite 1750
Miami, Florida 33131
Email: mpineiro@mnrlawfirm.com
drashbaum@mnrlawfirm.com

Jennifer Lee Taylor (*pro hac vice*)
Sabrina Larson (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Email: JTaylor@mofo.com
slarson@mofo.com

Jamie A. Levitt (*pro hac vice*)
Sarah L. Prutzman (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Email:JLevitt@mofo.com
SPrutzman@mofo.com

25566870